









This dog Can Not go to rescue or be adopted at this time. Per melvin 6-6-11

NO Acceptions





