**Helsel, Sheryl (VDACS)**

| | |
|---|---|
| From: | Christine Link-Owens [clink@vtti.vt.edu] |
| Sent: | Friday, August 09, 2013 9:47 AM |
| To: | Helsel, Sheryl (VDACS) |
| Subject: | Giles shelter conditions March 30, 2013 |
| Attachments: | 2.png; 3.png; 4.png; 5.png |

These are the Giles County shelter conditions on March 30th (Saturday) after it was reported to us, that visitors tried to visit on Thurs and Fri morning and the shelter was not open. These pictures show that the kennels have been neglected for several days. Volunteers arrived to find that 15 dogs had NO water, completely zero water (which is a common occurrence). We went to the shelter because of the posts on Facebook and to our hotline from people stating they had been trying to contact the shelter and left messages with the Sheriff office and were not getting any reply. All of the dogs were covered with feces, which only occurs after days of having to lay in their own waste because no one is cleaning up after them. I realize that occasionally you will get a dog that is just bonkers and walks or rolls thru his/her own feces, but this was every single run!! Every dog's fur was caked with feces from laying in their own waste. The water bowl with yellow liquid is filled with urine and feces.

Please note in picture 4, the dog has to lie down in his own poop and urine because there is no bed; no beds are ever used in this shelter. We have pictures of a dog from a few months ago, who had urine scald on his belly from laying in urine. His skin was burned. I will send his photo in a different email.

Chastity (kennel worker) arrived on March 30th while our volunteers were still there; we go in and take photos of pets to list them on the internet as 'For Adoption'. She had two young boys with her, which she turned loose in the shelter so they could 'help her'. They began letting dogs out of their kennels, and letting them mix...putting 2 or 3 at a time in the outdoor runs together. This is a dangerous game for several reasons. The boys have no clue how to handle an aggressive dog (if there is one). The boys have no idea whether the dogs get along or not, just randomly put 2-3 dogs together in a run outside so they can hose the indoor runs. This is how dogs get hurt (fight), the boys can get hurt and disease is spread. Not to mention, they may have been mixing males and females together.

Then the boys went into the cat room and were cleaning litter boxes, by themselves. A cat escaped and if not for our volunteer, would have been outside while the kids ran to find Chastity.

On this same day, as we have seen countless times, all the dirty bowls (filled with feces and urine) pictured here were not cleaned, just rinsed and refilled with water and food. Because the dogs were so thirsty, the larger dogs drank their entire bowl of water at once. Before Chastity left for the day, she didn't refill the water bowls that had been emptied by thirsty dogs. She went to each kennel one time and then parked herself out front in the office waiting for visitors, never checking on the dogs again before she left for the day.

On Sat, April 20th, because Chastity (the kennel help) had plans, the shelter was closed. Please note, this is not a way to run a business. When customers see the hours are 2-4 and they attempt to visit, then find there is no one there, they will not return. The animals pay the price. The county has no backup plan if the one kennel helper they have wants or needs a day off. This happens repeatedly and has for years now.

Thank you for your attention to this matter. I will send several emails, as there are many photos. I need to get to 2 computers to access all the photos, so it may take me a few days to get all of them to you.

Christine

1