FILED: May 2, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1492
(7:14-cv-00429-GEC)

_____

BRIAN SCOTT DUNN

       Plaintiff - Appellee

v.

SHERIFF MORGAN MILLIRONS

       Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Roanoke |
|---|---|
| Originating Case Number | 7:14-cv-00429-GEC |
| Date notice of appeal filed in originating court: | 04/29/2016 |
| Appellant | Sheriff Morgan Millirons |
| Appellate Case Number | 16-1492 |
| Case Manager | Amy L. Carlheim<br>804-916-2702 |